**EXHIBIT 2:** INFRINGEMENT

URL: https://www.facebook.com/watch/?ref=search&v=4666499960071823&external_log_id=a5f61ec1-ce36-4061-9005-7cb366177259&q=Mayfield%20drone%20mural

